# United States District Court
# Western District of North Carolina

## 3:11 MC - 150

IN RE:   Appointment of a
         Merit Selection Panel to
         Consider the Reappointment
         Of U.S Magistrate Judge          **ORDER**
         David S. Kessler


This matter is before the court on its own motion to designate individuals to serve as a Merit Selection Panel for the purpose of considering the reappointment of the Honorable David S. Kessler as a United States Magistrate Judge for the United States District Court, Western District of North Carolina.

Pursuant to Section 6.03 of the *"Selection, Appointment, and Reappointment of United States Magistrate Judges "* published by the Administrative Office of the U.S. Courts, revised March 2010, the court must establish a Merit Selection Panel (Panel) to assist the district judges in their determination to reappointment an incumbent magistrate judge.

The Panel, being composed of nine members, including two lay persons, is to consider and review the incumbent's performance in office as a magistrate judge and consider comments received from members of the bar and the public, and any other pertinent evidence as to the incumbent's good character, judgment, legal ability, temperament, and commitment to equal justice under the law. An interview with the incumbent, interviews with other judicial officers of the bench, and interviews with other agency heads of the federal court family are considered a part of the Panel's charge.

The Panel shall, after considering all information, shall file its report and recommendation as to whether it recommends the incumbent for reappointment to an additional term of office with the Honorable Robert J. Conrad, Jr., Chief, U.S. District Judge. The report and recommendation shall be filed no later than January 31, 2012.

NOW, THEREFORE, IT IS HEREBY ORDERED that the following persons are appointed to the Merit Selection Panel for the United States District Court, Western District of North Carolina.

## Members Merit Panel
## For the Consideration of the Reappointment
## Of the Honorable David C. Keesler

| | | |
|---|---|---|
| Richard Glaser, Jr.<br>Three Wachovia Center<br>401 South Tryon St.<br>Suite 3000<br>Charlotte, NC 28201 | rickglaser@parkerpoe.com<br>704-335-9531<br>704-335-4476 fax | Chair |
| Dana Washington<br>U.S. Attorney's Office<br>227 West Trade Street<br>Charlotte, NC 28202 | dana.washington@usdoj.gov<br>704-338-3107<br>704-344-6629 fax | |
| Lawrence Hewitt<br>Guthie, Davis, Henderson<br>719 E. Boulevard<br>Charlotte, NC 28203 | lwhewitt@gdhs.com<br>704-372-5600<br>704-372-4601 fax | |
| Frederick Winiker, III<br>Winiker Law Firm<br>435 East Morehead St<br>Charlotte, NC 28202 | swiniker@winikerlaw.com<br>704-333-8440<br>704-831-5274 fax | |
| Peter Anderson<br>Anderson Terpening<br>409 East Blvd.<br>Charlotte, NC 28203 | pa@houseofdefense.com<br>704-372-7370<br>704-372-7411 fax | |
| John Davis<br>James, McElroy, Diehl<br>600 S. College St.<br>Suite 3000<br>Charlotte, NC 28202 | jpdavis@jmdlaw.com<br>704-372-9870<br>704-333-5508 fax | |

Honorable Karen Eady-Williams  
District Court Judge　　　　　　　704-686-0101  
832 E. Fourth Street  
Suite 9600  
Charlotte, NC  28202  

Steven Baker　　　　　　　　　　sbaker@mcguirewoods.com  
McGuirewoods　　　　　　　　　　704-343-2262  
100 N. Tryon Street　　　　　　　704-353-6172  fax  
Suite 2900  
Charlotte, NC  28202  

Ron Taylor　　　　　　　　　　　　rrt1111@yahoo.com  
Retired U.S. Customs Agent　　　704-779-3916  
1235 East Blvd  
Suite E-183  
Charlotte, NC  28203  

Coy Lee Schultz　　　　　　　　　coylee@carolina.rr.com  
Retired Business Executive  
1207 Heatherloch Drive　　　　　　704-864-1898  
Gastonia, NC  28054

　　　　The Merit Selection Panel shall be chaired by Richard Glaser who will work with the other members of the Panel to establish rules of procedure to follow in accordance with Judicial Conference guidelines and to assure that all confidentiality requirements are met.

　　　　The Clerk of Court is directed to send to each member of the Panel a copy of this Order and a copy of the booklet *"The Selection, Appointment, and Reappointment of United States Magistrate Judges"* as revised March 2010, and other materials which may be of assistance to the Panel. The Clerk shall provide any administrative assistance to the Panel as requested.

　　　　A copy of this Order is to be served on the Magistrates Division of the Administrative Office of the U.S. Courts and the Honorable Samuel Phillips, Circuit Executive of the Fourth Circuit.

SO ORDERED THIS 2nd DAY OF October, 2011.

s/Robert J. Conrad, Jr.　　　　　　　s/Richard L. Voorhees  
Robert J. Conrad, Jr., Chief　　　　　Richard L. Voorhees  
United States District Court Judge　　United States District Judge

_s/Martin Reidinger_
Martin Reidinger
United States District Judge

_s/Max O. Cogburn Jr_
Max O Cogburn, Jr
United States District Judge

_s/Frank D. Whitney_
Frank D. Whitney
United States District Judge

_s/Graham C. Mullen_
Graham C. Mullen, Senior
United States District Judge

bcc: All Magistrate Judges
 All Bankruptcy Judges
 Gregg Forest
 U.S. Attorney

4